# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ASHELY WHITE, Individually and on Behalf of All Others Similarly Situated, § § § §<br><br>*Plaintiff*, § §<br><br>v. § §<br><br>MINT DENTISTRY, PLLC, § § §<br><br>*Defendant.* § | CIVIL ACTION NO. _____<br>(State Cause No 2024-71810) |

## NOTICE OF REMOVAL

Defendant Mint Dentistry, PLLC ("Defendant") files this notice of removal of the civil action filed by Plaintiff Ashley White, Individually and on Behalf of All Others Similarly Situated ("Plaintiff") to the United States District Court for the Southern District of Texas, Houston Division, pursuant to 28 U.S.C. § 1441 on the basis of the following facts, which demonstrate the existence of subject matter jurisdiction in this Court:

### I.  State Court Proceedings

1. On October 15, 2024, Plaintiff commenced a civil action against Defendant in the 113th Judicial District Court of Harris County, Texas, which was assigned Cause Number 2024-71810. *See* Exhibit B (Original Petition).

2. In her Original Petition, Plaintiff asserts a claim for an alleged failure to pay overtime as required by the Fair Labor Standards Act ("FLSA").

3. Defendant was served with process on October 25, 2024.

4. On November 8, 2024, Plaintiff filed Consent to Join Forms on behalf of five (5) opt-in Plaintiffs.

5. No further proceedings have taken place in state court.

6. The time within which Defendant is required by the law of the United States, 28 U.S.C. § 1446(b), to file this Notice of Removal has not yet expired.

## II. Removal Based on Federal Question

7. This court has federal question jurisdiction over Plaintiff's suit pursuant to 28 U.S.C. §1331 because Plaintiff's Claims arise under the Fair Labor Standards Act, 29 US.C. §§ 201, *et seq*.

## III. Additional Matters for Removal

8. Pursuant to 28 U.S.C. § 1441(a), venue lies in the United States District Court for the Southern District of Texas, Houston Division because the state action filed by Plaintiff was filed in this judicial district and division.

9. Pursuant to S.D. Tex. Local R. 81, this Notice of Removal is accompanied by copies of the following:

   a. All executed process in this case (Exhibit A);
   
   b. Pleadings asserting causes of action and defenses:
   
      i. Plaintiffs' Original Petition (Exhibit B);
      
         1. Notice of Filing Consent to Join Forms (Exhibit B-1);
      
      ii. Defendant's Original Answer (Exhibit C);
   
   c. The state court docket sheet (Exhibit D);
   
   d. An index of documents being filed (Exhibit E); and

  e. A list of all counsel of record, including address, telephone numbers, and parties represented (Exhibit F).

10. Defendant will promptly file this Notice of Removal with the clerk of the state court in which this action has been pending.

11. This Notice of Removal has been served on all properly named parties to the removed case.

## Conclusion

Defendant prays that this Court take jurisdiction of this action to the exclusion of any further proceedings in the state court and dismiss it with prejudice.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ Ryan Swink*
John B. Brown
Texas Bar No. 00793412
john.brown@ogletree.com
8117 Preston Road, Suite 500
Dallas, Texas 75225
Telephone: (214) 987-3800
Fax: (214) 987-3927

Ryan Swink
Texas Bar No. 24107940
SDTX Bar No. 3631019
ryan.swink@ogletree.com
One Allen Center, Suite 2100
500 Dallas Street
Houston, Texas 77002
Telephone: (713) 655-0855
Fax: (713) 655-0020

**ATTORNEYS FOR DEFENDANT MINT DENTISTRY, PLLC**

## CERTIFICATE OF SERVICE

      This is to certify that on the 15th day of November 2024, a true and correct copy of the above and foregoing document was forwarded via a method prescribed by the Texas Rules of Civil Procedure to counsel of record:

Alan L. Quiles
aquiles@shavitzlaw.com
Gregg I. Shavitz
gshavitz@shavitzlaw.com
SHAVITZ LAW GROUP, P.A.
951 Yamato Road, Suite 285
Boca Raton, Florida 33431

                                      */s/ Ryan Swink*
                                      Ryan Swink