**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**Houston Division**

| | | |
|---|---|---|
| ASHLEY WHITE, | § | |
| Individually and on behalf of all others | § | |
| similarly situated, | § | **Case No. 4:24-cv-4514** |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| MINT DENTISTRY, PLLC | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiffs and Defendant, by and through their

undersigned counsel, hereby stipulate to the dismissal of this action, with prejudice.

Respectfully Submitted,

| | |
|---|---|
| /s/ Alan L. Quiles | /s/ John B. Brown |
| Alan L. Quiles | John B. Brown |
| Texas Bar No. 24075418 | Texas Bar No. 00793412 |
| aquiles@shavitzlaw.com | john.brown@ogletree.com |
| **SHAVITZ LAW GROUP, P.A.** | **OGLETREE, DEAKINS, NASH, SMOAK** |
| 951 Yamato Road, Suite 285 | **& STEWART, P.C.** |
| Boca Raton, Florida 33431 | 8117 Preston Road, Suite 500 |
| Tel:    (561) 447-8888 | Dallas, Texas 75225 |
| | Telephone: (214) 987-3800 |
| ATTORNEYS FOR PLAINTIFFS | |
| | Ryan Swink |
| | Texas Bar No. 24107940 |
| | SDTX Bar No. 3631019 |
| | ryan.swink@ogletree.com |
| | **OGLETREE, DEAKINS, NASH, SMOAK** |
| | **& STEWART, P.C.** |
| | One Allen Center, Suite 2100 |
| | 500 Dallas Street |
| | Houston, Texas 77002 |
| | Telephone: (713) 655-0855 |
| | |
| | ATTORNEYS FOR DEFENDANT |

## <u>**CERTIFICATE OF SERVICE**</u>

   I hereby certify that, on April 17, 2026, this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

<i>/s/ Alan Quiles</i><br>Alan Quiles